## ANONYMOUS.

### (April Term, 1865.)

PRINTED BRIEFS are required whether the cause be submitted for decision with or without oral argument.

Mr. CRANE inquired of the court whether it was required, under the rules, that printed briefs shall be filed when cases are submitted for decision without oral argument.

Per CURIAM: There is no difference in the application of the rules on that subject, whether the cause be submitted for decision with or without oral argument. We will not consider a case unless the rules are complied with in that regard, but will continue or dismiss it, as to us may seem most proper under the circumstances. The object in requiring printed briefs of points and authorities, is to aid the court in considering the case, as well as to advise counsel of the questions to be presented, and the authorities relied upon in reference to them, and it is desired that the rules should be fully complied with in every case.

## GOCHENOUR *v.* MOWRY.

40b 57
77a 279

### (January Term, 1864.)

PRINTED BRIEFS are required to be filed, before a case will be considered, even though there be written arguments filed.

LEAVE was asked, by the counsel of the respective parties, to submit this cause to the court for decision, upon *written* arguments to be filed.

Per CURIAM: We cannot examine the case under the rule,[*] unless there be *printed* briefs filed. The *argument* of counsel may be in writing, but, where the argument is in writing, there must be, in addition, printed briefs filed.

---

[*] Rule 13.